UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES LOCKHART,

          Plaintiff,

    v.

UNITED STATES OF AMERICA, et al.,

          Defendants.

CASE NO. C06-730JLR

ORDER

The court has reviewed Plaintiff's motion for reconsideration (Dkt. # 14). Pursuant to Local Rules W.D. Wash. CR 7(h)(1), motions for reconsideration are disfavored, and will ordinarily be denied unless there is a showing of (a) manifest error in the prior ruling, or (b) facts or legal authority which could not have been brought to the attention of the court earlier, through reasonable diligence. Because Plaintiff has not made either showing with regard to the court's ruling on this issue (Dkt. # 12), the court DENIES the motion for reconsideration (Dkt. # 14).

Dated this 7th day of August, 2006.

                                              JAMES L. ROBART
                                              United States District Judge

ORDER – 1